# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **PREMIER DEV. PARTNERS, LLC,** ) | **CASE NO. 1:17-CV-2602** |
| ) | |
| Plaintiff, ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | **JUDGMENT ENTRY** |
| ) | |
| **ACUITY,** ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

*/s/ Dan A. Polster  Mar. 9, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**